PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
May 08, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 953 W. YALE AVENUE, FRESNO, CA 93705; THE PERSON OF TIMOTHY PANUCO; AND 2003 WHITE CHEVY SEDAN (CA LICENSE PLATE 7HJN707) | CASE NO. 1:24-SW-00076-EPG<br><br>ORDER TO UNSEAL |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, search warrant application, and related documents in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: May 8, 2024

The Honorable Stanley A. Boone
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL